

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

JACOB C. BEACH  
Assistant Solicitor General

(512) 936-6407  
jacob.beach@oag.texas.gov

October 14, 2025

**Via CM/ECF**

United States Court of Appeals, First Circuit  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way, Suite 2500  
Boston, MA 02210

  **Re:** *Victim Rights Law Center, et al. v. State of Texas* (No. 21-1445)

Dear Ms. Dubrovsky:

  The State of Texas (the State) respectfully submits this letter at the request of the Court regarding the status of the above-captioned appeal.

  The State is appellant in the above-captioned appeal, which challenges the district court's denial of leave to intervene before that court. On December 2, 2021, this Court entered an order abating this appeal and instructing the State to "promptly notify the court upon resolution of the merits appeals whether it wishes to pursue this appeal." The merits appeal that the Court's order refers to is No. 21-1777, which the Court has held in abeyance since March 17, 2022.

  Because the merits appeal is still pending, the State does not yet have any updates for the Court. Upon resolution of the merits appeal, the State will promptly provide the Court with notice regarding the State's intentions.

              Respectfully submitted.

              /s/ Jacob C. Beach  
              Jacob C. Beach  
              Assistant Solicitor General

cc: Appellees' counsel (via CM/ECF)